UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL P TARAS,

      Plaintiff,

  v.

U.S. ATTORNEY FOR THE SOUTHERN
DISTRICT OF ILLINOIS and CHIEF JUDGE
JAMES L. FOREMAN,

      Defendants.

Case No. 12-cv-72-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** February 14, 2012    NANCY J. ROSENSTENGEL, Clerk of Court

                                        **s/ Jina Hoyt, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**