UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL P TARAS,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. ATTORNEY FOR THE SOUTHERN DISTRICT OF ILLINOIS and CHIEF JUDGE JAMES L. FOREMAN,<br><br>    Defendants. | Case No. 12-cv-72-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: February 14, 2012**    NANCY J. ROSENSTENGEL, Clerk of Court

    **s/ Jina Hoyt, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**